IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PAULA HENDERSON, as Executor of
the Estate of Morgan Lloyd Lawrence
and the Estate of Jean Ann Lawrence,
JAMES LAWRENCE, ALEXANDRA
WILLIAMSON, and LAURA LAWRENCE                                PLAINTIFFS

V.                          NO. 6:18-CV-6130-RTD

JORDAN LOGISTICS, INC. and
RAAD E. ABU HAMDEH                                             DEFENDANTS

**ORDER**

Came on this day to be considered, the *Plaintiff's Unopposed Motion to Approve Settlement and Dismiss All Claims with Prejudice* (ECF No. 21). After reviewing the same, the Court is of the opinion that the motion is good and should be in all things **GRANTED.**

It is therefore **ORDERED** that the Court **APPROVES** the proposed settlement in this case and **ORDERS** the Plaintiffs to distribute the settlement funds in accordance with the previouslyfiled probate orders (Cause No. 42,777P, and Cause No. 42,778p) in Smith County, Texas.

It is further **ORDERED** that all Plaintiffs' causes of action against the Defendants are hereby **DISMISSED** with prejudice, and this case is **DISMISSED** *in toto.*

1

It is further **ORDERED** that all costs are to be borne by the party that incurred them.

**IT IS SO ORDERED** this 10th day of September 2019.

/s/ *Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**